# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** JUDGE KIYO A. MATSUMOTO    **DATE:** 2/24/2017    **TIME:** 11:0a.m.- 12:45p.m.

**DOCKKET: 11 CR 557 [KAM] USA V. Ramirez-Granados**

**DEFENDANT NAME**: Paulino Ramirez-Granados
  __X__ present  ____ not present    ____ custody  _X_ bail

**DEFENSE COUNSEL:** Raymond Colon
    __X__ present ____ not present    _X_ CJA __ RET___ LAS

**AUSA:** Jennifer Sasso    **Deputy:** S. Jackson    **Spanish Int**: E. Plested    **Court Reporter:** Anthony Frisolone

__X__ CASE CALLED    __X__ DEFENDANT  _X_ Sworn  _X_ Informed of Rights

STATEMENTS OF DEFENDANT AND COUNSEL HEARD **X**

DEFENDANT'S ENTERED PLEA OF GUILTY ON COUNT(S) **3 of a 21-count indictment**.

COURT ACCEPTS DEFENDANT'S PLEA OF GUILTY **X**

DEFENDANT SENTENCED ON COUNT(S): **3 of the indictment**

IMPRISONMENT:   188 months, with credit for time served since his arrest and detention in Mexico on March 31, 2015.

SUPERVISED RELEASE: **5 years with special conditions**.

  A. If deported, Mr. Ramirez-Granados may not re-enter the United States illegally but need not serve the remainder of his supervised release in the United States.

  B. Mr. Ramirez-Granados shall comply with the sex offender registration requirements mandated by law.

  C. Mr. Ramirez-Granados shall pay restitution to Jane Doe #1 as set forth below.

  D. Mr. Ramirez-Granados shall not possess a firearm, ammunition, or destructive device.

  E. Mr. Ramirez-Granados is encouraged to participate in the BOP Financial Responsibility Program to pay his assessment and restitution obligations.

RESTITUTION

Defendant is ordered to pay restitution in the amount of $1,229,760 to Jane Doe #1. The identity and address information of the victims shall be maintained by the Clerk of Court. All restitution payments shall be paid to the Clerk of Court, 225 Cadman Plaza, Brooklyn, New York,11201. Restitution is due and payable at a minimum rate of at least $20 per month on the first day of each month while in custody, and continue thereafter at the minimum rate of 20% of gross income after deductions required by law, until the restitution is fully paid. Mr. Ramirez-Granados is encouraged to participate in the Bureau of Prisons Financial Responsibility Program to pay his assessment and restitution obligations

**OTHER**
**$100.00** Special Assessment  **$1,229,760** Restitution  **$0** Fine   **$0** Forfeiture
✔ Remaining counts **1,2, 5, 11, 15, 20-21** of the indictment are dismissed on the motion of the government.
✔ Transcript ordered.        ✔ ICE Detainer.
✔ Deft advised of right to appeal.   ✔ Govt shall arrange for the return of defendant's property, if any.